1  DENLEA & CARTON LLP
   Jeffrey I. Carton (*pro hac vice*)
2   *jcarton@denleacarton.com*
   One North Broadway, Suite 509
3  White Plains, New York 10601
   Tel: (914) 920-7400
4
   CALDWELL LESLIE & PROCTOR, PC
5  ROBYN C. CROWTHER, State Bar No. 193840
    *crowther@caldwell-leslie.com*
6  JEANNE A. FUGATE, State Bar No. 236341
    *fugate@caldwell-leslie.com*
7  MATTHEW O'BRIEN, State Bar No. 261568
    *obrien@caldwell-leslie.com*
8  725 South Figueroa Street, 31st Floor
   Los Angeles, California 90017-5524
9  Tel: (213) 629-9040 | Fax: (213) 629-9022

10 Attorneys for Plaintiff and others similarly situated

11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| PETER WILSON, On behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br>        v.<br><br>GATEWAY, INC., a California corporation; NATIONAL ELECTRONICS WARRANTY CORPORATION, a Delaware corporation,<br><br>                Defendants. | Case No. CV 09-07560-GW(VBKx)<br><br>Hon. George H. Wu<br><br>**ORDER REGARDING REVISED CLASS NOTICE AND AMENDED BRIEFING SCHEDULE FOR PLAINTIFF'S MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT AND ATTORNEY'S FEES**<br><br>[Joint Stipulation filed concurrently herewith] |
| GATEWAY, INC.,<br><br>                Third Party Plaintiff,<br>        v.<br><br>NATIONAL ELECTRONICS WARRANTY CORPORATION, a Delaware corporation; CHARTIS WARRANTY SERVICES, INC. (F.K.A. AIG Warranty Services and Insurance Agency, Inc.) a Delaware corporation; and CHARTIS WARRANTYGUARD, INC. (F.K.A. AIG Warranty Guard, Inc.), a Delaware corporation,<br><br>                Third Party Defendants. | |

Having carefully considered the parties' Joint Stipulation Regarding Revised Class Notice and Amended Briefing Schedule for Plaintiff's Motions for Final Approval of Settlement Agreement and Attorney's Fees, and good cause appearing therefore, the Court hereby GRANTS the parties' requests and (1) approves the revised Class Notice attached hereto as Exhibit "A," and (2) approves the amended briefing schedule attached hereto as Exhibit "B."

**IT IS SO ORDERED.**

Dated:   June 19, 2014

　　　　　　　　　　　　　　　　　　　*George H. Wu*
　　　　　　　　　　　　　　　　　　　The Honorable George H. Wu
　　　　　　　　　　　　　　　　　　　United States District Judge

Prepared By:

　　　　　/S/

CALDWELL LESLIE & PROCTOR, PC
Attorneys for Plaintiff and others similarly situated

-1-